# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AARON BOLAND, as Personal Representative
of the Estate of Jordan Carter, deceased,

        Plaintiff,

    v.                          Case No. 1:19-cv-01109 RB/KRS

SANDOVAL COUNTY,
SANDOVAL COUNTY BOARD OF COMMISSIONERS,
SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.,
VICTOR RODRIGUEZ, Acting Warden of
Sandoval County Detention Center, and
JOHN DOES and JANE DOES 1 through 10,

        Defendants.

## STIPULATED ORDER EXTENDING DEADLINE TO SUBMIT CLOSING DOCUMENTS TO JANUARY 27, 2021

THIS MATTER came before the Court on the joint motion of Plaintiff Aaron Boland, as Personal Representative of the Estate of Jordan Carter, deceased, and Defendant Southwest Correctional Medical Group, Inc. to extend until January 27, 2021, the deadline for the Parties to submit closing documents. The Court having read the motion, noted that it is a joint motion, and otherwise informed itself in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the deadline set in the Court's Order to Submit Closing Documents [Doc. 63; text-only entry] is hereby extended to January 27, 2021.

IT IS SO ORDERED.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STAGES MAGISTRATE JUDGE

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC

/s/ *Geoffrey D. White*
Geoffrey D. White
3840 Masthead St. NE
Albuquerque, NM  87109
(505) 246-2805
*Attorneys for Southwest Correctional Medical Group, Inc.*


APPROVED BY:

GORENCE & OLIVEROS, P.C.


 *Approved via email on 01/20/2021*
Louren Oliveros
Robert J. Gorence
300 Central Ave. SW, Suite 1000E
Albuquerque, N.M. 87102
(505) 244-0214
*Attorneys for Aaron Boland, as Personal Representative of the Wrongful Death Estate of Jordan Carter*