IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AARON BOLAND, as Personal Representative
of the Estate of Jordan Carter, deceased,

        Plaintiff,

        v.                                              Case No. 1:19-cv-01109 RB/KRS

SANDOVAL COUNTY,
SANDOVAL COUNTY BOARD OF COMMISSIONERS,
SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.,
VICTOR RODRIGUEZ, Acting Warden of
Sandoval County Detention Center, and
JOHN DOES and JANE DOES 1 through 10,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.

COME NOW Plaintiff Aaron Boland, as Personal Representative of the Estate of Jordan Carter, deceased, through his counsel of record, Gorence & Oliveros, P.C., and Defendant Southwest Correctional Medical Group, Inc., through its counsel of record, Park & Associates, LLC, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of any and all claims contained in Plaintiff's Complaint for Violation of Constitutional Rights, Wrongful Death, Medical Malpractice, Violations of the New Mexico Tort Claims Act, Negligent Training and Supervision and Punitive Damages, including those claims brought or that could have been brought, against Southwest Correctional Medical Group, Inc., Each party is to bear its own attorney's fees and costs.

The Court previously dismissed the remaining named and served Defendants, Sandoval County, Sandoval County Board of Commissioners, and Victor Rodriguez, acting warden of

1

Sandoval County Detention Center. Defendants John Does and Jane Does 1-10 were not identified or served.

> Respectfully submitted,
>
> PARK & ASSOCIATES, LLC
>
> /s/ *Geoffrey D. White*
> Geoffrey D. White
> 3840 Masthead St. NE
> Albuquerque, NM  87109
> (505) 246-2805
> *Attorneys for Southwest Correctional Medical Group, Inc.*
>
> - and -
>
> GORENCE & OLIVEROS, P.C.
>
> /s/ *Electronically Approved 01/19/21*
> Louren Oliveros
> Robert J. Gorence
> 300 Central Ave. SW, Suite 1000E
> Albuquerque, N.M. 87102
> (505) 244-0214
> *Attorneys for Aaron Boland, as Personal Representative of the Wrongful Death Estate of Jordan Carter*

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF filing system to all counsel of record on this __22nd__ day of January, 2021.

 /s/ *Geoffrey D. White*
Geoffrey D. White